UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

FM FL PROPERTIES LLC,

    Plaintiff,

vs.

THE HARTFORD
INSURANCE COMPANY OF
THE SOUTHEAST,

    Defendant.

_____/

# **COMPLAINT**

Plaintiff, FM FL PROPERTIES LLC, by and through undersigned counsel, hereby sues the Defendant, THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, and states as follows:

1. This is an action for breach of contract wherein Plaintiff seeks damages for more than $30,000.

2. Plaintiff, FM FL PROPERTIES LLC, is sui juris and is a resident of Lee County, Florida.

3. Defendant is, upon information and belief, a corporation duly authorized to conduct business in the State of Florida, and which does, in fact, issue policies of insurance in Lee County, Florida. As such, venue is proper in the Middle District of Florida pursuant to 42 U.S.C. § 4072.

4. Defendant issued a homeowner's insurance policy to Plaintiff, bearing policy number 87061006092019, which insured the residence located at 10651 Gladiolus Drive Fort Myers, FL 33905, for all relevant times herein. A copy of the policy will be obtained in discovery.

5.  On or about September 28, 2022, a while the subject policy was in full force and effect, Plaintiff's property suffered from flood damage. These damages are covered under the subject policy.

6.  As such, Plaintiff filed a claim with Defendant and said claim was assigned Claim 412615.

7.  Plaintiff complied with and performed all conditions precedent under the subject policy for the recovery of benefits and/or said conditions were waived by Defendant.

8.  On October 26, 2022, Defendant inspected Plaintiff's property.

9.  On January 24, 2023, Defendant prepared an estimate and issued a payment for less than the amount of its estimate based on its assessment of Plaintiff's property as strictly a mobile home when it was registered as real property with the property appraiser. Despite making Defendant aware of this classification, Defendant has refused to pay additional funds for Plaintiff's damages.

10.  Defendant, therefore, has breached the terms of the subject contract of insurance by failing to pay the benefits which became due and owing to Plaintiff as a result of the covered loss.

11.   As a result of Defendant's breach, Plaintiff has suffered damages in the amount of insurance benefits due and owing to him under the subject policy.

WHEREFORE, Plaintiff, FM FL PROPERTIES LLC, demands judgment against the Defendant, THE HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, for damages and interest thereon, (ii) and such other and further relief as this court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues so triable as of right by jury.

Dated this 21st day of May 2023.

        The Desir Law Firm, P.A.
        Attorney for Plaintiff
        1580 Corporate Parkway, Suite 130
        Sunrise, FL 33323
        Tel: 954-848-2912
        Fax: 888-616-7608
        Email: ldesir@thedesirlawfirm.com
        Email: casemanager@thedesirlawfirm.com
        Email: paralegal@thedesirlawfirm.com
        Email: assistant@thedesirlawfirm.com

        By: /s/ Leonard Desir, Jr
            Leonard R. Desir, Jr., Esq.
            Florida Bar No. 98928